| 01:50 PM | 3-23-11291-cjf | Jered Lee Radewan |
|---|---|---|
| | Ch 13 | |
| | Trustee: Harring | *LBG* |

**Moving:**

**Opposing** Thomas J. Casey    (608) 847-7363    for Ronald J Steiner

**Debtor or Plaintiff Attorney:** Noe Joseph Rincon    608-258-8555    for Jered Lee Radewan

**Matter:** Preliminary hearing on Motion by Debtor to Continue/Extend Automatic Stay (Doc # 10) -Obj. Ronald J. Steiner

**Judge Hearing**

U.S. Bankruptcy Court for the Western District of Wisconsin
Court Proceeding Memo

OUTCOME:
_____ Granted    _____ Denied    _____ Approved    _____ Allowed    _____ Disallowed
_____ In Part    _____ Sustained    _____ Overruled    _____ Settled    _____ Withdrawn
_____ Other: _____    _____ Under Advisement

_____ Debtor shall do the following by: _____ _____ or the case will be dismissed:
_____ bring current    _____ provide info to TR    _____ amend plan    _____ other: _____

_____ Plan confirmed:    _____ Ch. 13 TR    _____ Ch. 12 Atty.    _____ Ch. 11 Atty.  to submit proposed order

SCHEDULE:
__X__ Adj. to **9/11/23** at **1:30**
Location: _____ Telephone    _____ Madison    _____ Eau Claire    _____ Other: _____
_____ Final/Evidentiary Hearing. Parties agree that _____ [hours / day(s)] will be sufficient to hear the matter.
_____ Issue Standard Pre-Hearing Order    _____ [Yes / No]    _____ Other:

_____ Briefing Schedule Set:
_____ Movant's Brief    _____ Response Brief    _____ Reply Brief

_____ Other Schedule: _____

ORDER:
_____ Separate order to be entered by the Court
_____ Order by: _____
_____ Order at docket no. _____ to be signed
__X__ ORDER: For the reasons stated from the bench, *the stay is continued*

IT IS SO ORDERED:

Catherine J. Furay
U.S. Bankruptcy Judge

__X__ ECF
_____ cc: parties in interest
_____ cc: parties appearing